UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LYLE STRATTON,

    Plaintiff,

v.

MARVIN SPENCER,

    Defendant.

Case No. C08-5203 RBL/KLS

ORDER REGARDING PLAINTIFF'S REQUEST FOR COPY WORK

This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3, and MJR 4. Before the court is Plaintiff's letter to the clerk requesting copies of all documents filed and served in this case and in Case No. C07-5684BHS/KLS as Plaintiff claims all his documents were destroyed. (Dkt. # 10). Plaintiff is advised that the Clerk's office charges .50¢ per page for copy work.

However, with regard to Plaintiff's request for copies of documents in this case, the Clerk is directed to send Plaintiff a copy of the docket sheet and copies of the Court's Orders (Dkt. # 6 and 9). If Plaintiff desires copies in the future, he must first provide the appropriate payment.

With regard to Case No. C07-5684BHS/KLS, the Clerk is directed to send Plaintiff a copy of the docket sheet. If Plaintiff wishes copies of any of the documents filed and served in that case, he may highlight those documents he wishes copied and return the docket sheet to the Clerk's office. The Clerk's

ORDER
Page - 1

1 office will notify Plaintiff of the total cost of the highlighted documents.  Plaintiff is advised that the
2 Clerk's office will not send any of the requested copies without first receiving payment for the copies
3 from Plaintiff.

5     DATED this  2nd  day of June, 2008.

                              Karen L. Strombom
                              United States Magistrate Judge