UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LYLE STRATTON,

    Plaintiff,

v.

MARVIN SPENCER,

    Defendant.

Case No. C08-5203 RBL/KLS

ORDER DENYING "REQUEST FOR PUBLIC DISCLOSURE"

    Before the court is Plaintiff's "request for public disclosure" (Dkt. # 14), in which Plaintiff demands that the court respond to letters from the Plaintiff in which he requests complete copies of his file in this case and in Case Nos. C07-5684BHS and 08-5203RBL. Plaintiff is directed to the court's previous Order in this case relating to copies (Dkt. # 12).

    The Plaintiff may obtain copies of documents from the Court Clerk's office after he has provided appropriate payment. The court will not entertain any further motions or letters demanding copies of Plaintiff's files.

    The court also notes that its Order (Dkt. # 12), which was mailed to Plaintiff on June 2, 2008, was returned by the Washington Corrections Center in Shelton, with the notation that "Offender did not show for delivery. Cannot hold legal mail for more than 48 hours." The Court Clerk re-mailed the Order (Dkt. # 12) to Plaintiff on June 11, 2008.

ORDER
Page - 1

1

2      Accordingly, it is **ORDERED** that Plaintiff's request for public disclosure (Dkt. # 14) is

3 **DENIED**.

4

5      DATED this 24th day of June, 2008.

6

7

8                                    Karen L. Strombom

9                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2