UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>                Plaintiff,<br><br>      v.<br><br>MARVIN SPENCER, et al.,<br><br>                Defendants. | Case No. C08-5203 RBL/KLS<br><br>ORDER DENYING MOTIONS TO TRANSPORT LAWSUIT BACK TO SUPERIOR (STATE) COURT |

Before the Court are Plaintiff's Motions to Transport Lawsuit Back to Superior (State) Court. (Dkts. # 31 and 32). Having considered the motions, relevant documents, and balance of the file, the Court finds that the motion should be denied.

Mr. Stratton requests that the Court transfer this case to Superior Court because he believes that he can receive more help from the rules for the Superior Court; he would like to "take it down a notch;" he is illiterate; and he does not understand the procedure in federal court. (Dkt. # 31). Plaintiff filed this case in federal court. He has cited no authority for this court to transfer the lawsuit to state court.

Therefore, it is hereby **ORDERED:**

(1) Plaintiff's Motions to Transport Lawsuit Back to Superior (State) Court (Dkts. # 31 and 32) are **DENIED**; and

1     (2)      The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 13th day of August, 2008.

                         /s/ Karen L. Strombom
                         Karen L. Strombom
                         United States Magistrate Judge