UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LYLE STRATTON,

    Plaintiff,

v.

MARVIN SPENCER, et al.,

    Defendants.

Case No. C08-5203 RBL/KLS

ORDER DENYING CHANGE OF "VENUE"

Before the Court is Plaintiff's Motion to Change Venue (Dkt. # 35). Mr. Stratton requests that the Court transfer "venue" of this action to Thurston County Superior Court. (Dkt. # 35). Plaintiff filed this case in federal court. This Court has no authority to "transfer" his lawsuit to state court.

It is **ORDERED:**

(1) Plaintiff's motion to transfer venue of this lawsuit (Dkt. # 35) is **DENIED**; and

(2) The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this  27th  day of August, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1