HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DONALD LYLE STRATTON,

    Plaintiff,

v.

MARVIN SPENCER, et al.,

    Defendants.

Case No. C08-5203RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Magistrate Judge's Report and Recommendation [Dkt. #40]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

(1) Plaintiff's Motion for Voluntary Dismissal (filed in C08-5418RBL [Dkt. #10] and referring to this cause number) is **GRANTED**;

(2) Defendants' Motion to Dismiss [Dkt. #36] is **DENIED**; and

(3) Plaintiff's Complaint [Dkt. #21] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of November, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1