# United States District Court

WESTERN DISTRICT OF WASHINGTON

DONALD LYLE STRATTON

v.

MARVIN SPENCER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5203RBL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Voluntary Dismissal (filed in C08-5418RBL [Dkt. #10] and referring to this cause number) is **GRANTED**.

Defendants' Motion to Dismiss [Dkt. #36] is **DENIED**; and

Plaintiff's Complaint [Dkt. #21] is **DISMISSED WITHOUT PREJUDICE**.

| | |
|---|---|
| November 24, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |